IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.C., *a minor*, and K.J., *a minor*, by Claire Leotta, Esq., *Guardian Ad Litem*, Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| APEX HUMAN SERVICES, LLC, et al., Defendants. | : | No. 23-cv-4631 |

**ORDER**

AND NOW, this 25th day of September 2026, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. 59), Defendants Epic Health Services, LLC ("Epic") and Defendant Apex Human Services, LLC's ("Apex") Joint Motion for Summary Judgment (Doc. 62), and any responses thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' Motion is **DENIED**.

It is hereby further **ORDERED** that Plaintiffs' claims against Defendants Epic and Apex are **DISMISSED WITH PREJUDICE**. Plaintiffs' claims against Defendant Christina Good remain.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge